WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
TANIA G. BONILLA, ESQ.
Nevada Bar No. 15703
E-mail: Tania.Bonilla@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Hobby Lobby Stores, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MERCEDES RAEZ, individually

Plaintiff,

vs.

HOBBY LOBBY STORES, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:26-cv-03538-ART-MDC

**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

Pursuant to the Court's Local Rule 26-1(d), Defendant, Hobby Lobby Stores, Inc., by and through its counsel of record, Jorge A. Ramirez, Esq. and Tania G. Bonilla, Esq. of Wilson Elser Moskowitz, Edelman & Dicker, LLP, and Plaintiff, Mercedes Raez, by and through her counsel of record, Justin G. Randall, Esq. of ER Injury Attorneys, submit this Joint Discovery Plan and Scheduling Order.

**I.** The FRCP 26(f)/LR 26-1 Conference and Discovery Plan

**1.** Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on November 12, 2026, and was attended by Tania G. Bonilla, Esq. for Defendant and Justin G. Randall, Esq. for Plaintiff.

**2.** There are no changes to be made in the timing, form, or requirements for disclosures under Rule 26(a). Plaintiff and Defendant agreed to have their respective FRCP 26(a) productions submitted within 14 days of the Conference.

**3.** Areas of Discovery: The parties agree that the areas of discovery should include, but not be limited to, all claims and defenses permissible under the Federal Rules of Civil Procedure.

**4.** Discovery Cut-Off Date: The parties agree that the Discovery Cut-Off date shall be April 26, 2027, which is 180 days from the date Defendant Hobby Lobby Stores, Inc. first appeared in this matter by filing its Petition for Removal (ECF No. 1).

**5.** Amending the Pleadings and Adding Parties: The parties shall have until January 26, 2027, to file any motions to amend the pleadings and add parties.

**6.** Expert Disclosures: Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and LR 26-1(b)(3) as follows: The disclosure of experts and their initial reports shall occur on or before February 25, 2027. The disclosure of rebuttal experts shall occur on or before March 26, 2027.

**7.** Dispositive Motions: The parties shall have until May 26, 2027, to file dispositive motions.

**8.** Pre-Trial Order: The parties will prepare a Consolidated Pre-Trial Order on or before June 25, 2027, which is not more than 30 days after the date set for filing dispositive motions in this case, as required by LR 26-1(b)(5). If dispositive motions are timely filed, this deadline will be suspended until 30 days after the decision on the dispositive motions or until further order of the Court. The disclosure required by Fed. R. Civ. P. 26(a)(3), and objections thereto, shall be made in the pre-trial order.

**9.** Electronic Evidence: The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses. The parties certify that they may present evidence in electronic format to jurors for the purposes of jury deliberation in compliance with the Court's electronic jury evidence display system.

**10.** Alternative Forms of Case Disposition: Counsel for the parties certify that at the Fed. R. Civ. P. 26(f) telephonic conference, they considered consent to trial by a magistrate judge under 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and have declined these options.

**11.** Alternative Dispute Resolution: Pursuant to LR 26-1(b)(7), the parties verify that they have met and conferred about the possibility of using alternative dispute resolution processes.

| | |
|---|---|
| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Jorge A. Ramirez, Esq.*<br>Jorge A. Ramirez, Esq.<br>Nevada Bar No. 6787<br>Tania G. Bonilla, Esq.<br>Nevada Bar No. 15703<br>*Attorneys for Hobby Lobby Stores, Inc.* | ER INJURY ATTORNEYS<br><br>*/s/ Justin G. Randall, Esq.*<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2026